1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10

11   MYRA DELEON,                          Case No.: CV 20-1668-DMG (PJWx)
12                   Plaintiff,
                                           **ORDER RE DISMISSAL OF ACTION
13   v.                                    WITH PREJUDICE [21]**
14   DENNY'S, INC.,
15                   Defendant.
16

17        After reviewing the Joint Stipulation of Voluntary Dismissal Pursuant to
18   F.R.C.P. 41(a)(1)(A)(ii) [Doc. # 21], and good cause appearing,
19        IT IS HEREBY ORDERED that the above-captioned action is dismissed as to
20   all causes of action with prejudice.  The Court will retain jurisdiction to enforce the
21   parties' settlement agreement.
22
23   DATED:  March 17, 2021
24                                         DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE
25
26
27
28